FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FREDERICK GENTRY,

    Plaintiff,

v.

FRANK KENDALL III, in his official capacity as Secretary of the United States Airforce,

    Defendant.

No. 2:20-cv-00050-SMJ

**ORDER DISMISSING CASE**

On August 2, 2021, the parties filed a stipulated dismissal, ECF No. 38. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion for Order of Dismissal, **ECF No. 38**, is **GRANTED**.

    **2.**    The Clerk's Office is directed to **SUBSTITUTE Frank Kendall III**, who has succeeded John P. Roth as Secretary of the United States Airforce, as Defendant in this matter. *See* Fed. R. Civ. P. 25(d).

    **3.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

ORDER DISMISSING CASE – 1

**4.**     All pending motions are **DENIED AS MOOT**.

**5.**     All hearings and other deadlines are **STRICKEN**.

**6.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2